# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00229-MR-DLH

| | | |
|---|---|---|
| SAMMY McKINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| CH2M HILL ENGINEERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff Sammy McKinney initiated this action against the Defendant CH2M Hill Engineers, Inc. on July 1, 2016. [Doc. 1].

More than 90 days have now passed from the filing of the Complaint, and there is nothing in the record to indicate that the Plaintiff has served the Defendant. Rule 4(m) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

The Plaintiff is hereby placed on notice that unless good cause is shown to the Court for her failure to effect service of the Summons and Complaint on the Defendant within fourteen (14) days from service of this Order, the Plaintiff's action against the Defendant shall be dismissed without prejudice without further order of the Court.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall show good cause within fourteen (14) days of service of this Order for the failure to effect service on the Defendant.

**IT IS FURTHER ORDERED** that failure of the Plaintiff to respond in writing within fourteen (14) days shall result in a dismissal without prejudice of this action without further order of the Court.

**IT IS SO ORDERED.**

Signed: November 4, 2016

Martin Reidinger
United States District Judge